**Electronically Filed
Supreme Court
SCAD-19-0000571
15-JAN-2020
08:02 AM**

SCAD-19-0000571

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

DAVID A. SERENO, (HI bar #4739)
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 18-0330)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the December 23, 2019 report filed in this matter by the Office of Disciplinary Counsel (ODC), ODC's August 13, 2019 petition, requesting the immediate suspension of Respondent David A. Sereno from the practice of law, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the record, we find that Respondent Sereno has failed to meaningfully or substantively respond to lawful requests from ODC regarding its two investigations into alleged misconduct committed by him. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.12A, Respondent Sereno is suspended from the practice of law.  This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Sereno shall constitute a suspension for purposes of RSCH Rule 2.16.  The Disciplinary Board of the Hawaiʻi Supreme Court and Respondent Sereno shall therefore comply with the relevant requirements of that Rule.

IT IS FURTHER ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges, pursuant to RSCH Rule 2.16(f).  Distribution may be by electronic mail.

DATED: Honolulu, Hawaiʻi, January 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

